Commonwealth *v.* Schilling, Appellant.

Argued December 7, 1970.
*Robert H. Arronson,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Joseph D. Grano,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Setzer, Appellant.

Submitted December 7, 1970.
*Jerome E. Furman,* and *Rappaport & Furman,* for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Setzer, Appellant.

Submitted December 7, 1970. *Edmund E. DePaul,* and *De-*